IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| TALEK SHERMAN, | § § § | |
| Plaintiff, | § § | |
| v. | § § § | Civil Action No. 4:14-cv-583-O |
| DENISE ALLISON and BBVA COMPASS, | § § § § | |
| Defendants. | § § § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. *See* ECF No. 8. No objections were filed.[1] The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

It is therefore **ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted as the findings of the Court. Accordingly, Plaintiff's Complaint is **DISMISSED without prejudice**.

**SO ORDERED** on this **3rd day** of **June, 2015**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE

---

[1] On May 27, 2015, Plaintiff filed a letter with the Court in which Plaintiff stated he "wish[ed] to appeal the decision of the Magistrate Judge," and Plaintiff requested that his case be "referred to the district judge for further action." *See* Pl.'s Letter, ECF No. 9. Plaintiff makes no specific references to the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. Accordingly, the Court finds that Plaintiff's letter does not constitute an objection to the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. *See* Fed. R. Civ. P. 72(b)(2) ("[A] party may serve and file *specific* written objections to the proposed findings and recommendations.") (emphasis added).